# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RENWICK FOSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2326

[March 10, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432021CA000762.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach.

Renwick Foster, pro se, Indiantown.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***